UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TIMOTHY C. PILLOW, | )<br>) |
| Plaintiff, | )<br>) |
| | ) No. 1-13-00032 |
| v. | ) Senior Judge Haynes<br>) |
| DERRICK D. SCHOFIELD, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 29) to dismiss this action without prejudice for failure to prosecute and comply with Court Orders. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**. This action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 26 day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge